**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

In re:                                                       Multidistrict Litigation
MEDTRONIC, INC.,                                             No. 08-1905 (RHK/JSM)
SPRINT FIDELIS LEADS
PRODUCTS LIABILITY LITIGATION

This document relates to:
*Eugene F. Allen, et al. v. Medtronic, Inc., et al.*
Case No. 09-cv-02581

**ORDER FOR DISMISSAL WITH PREJUDICE**

On June 14, 2011, the Court entered an Order (Docket No. 18) in this action directing

Plaintiff(s) Rocio Dees to show cause, in writing, why his claims should not be dismissed with

prejudice as a result of (i) the Eighth Circuit's ruling in <u>Bryant v. Medtronic, Inc.</u>, 623 F.3d 1200

(8th Cir. 2010), (ii) this Court's January 2009 ruling in <u>In re Medtronic, Inc., Sprint Fidelis</u>

<u>Leads Products Liability Litigation</u>, 592 F. Supp. 2d 1147 (D. Minn. 2009), dismissing the

Master Consolidated Complaint on the grounds of preemption, and/or (iii) his failure or refusal

to respond after due inquiry and good-faith diligence by his counsel.

As set forth in the Affidavit of Plaintiffs' Lead Counsel (Docket No. 23), the Order to

Show Cause was sent to the above-referenced Plaintiff(s) at his last known address(es) in

accordance with the Order to Show Cause. In addition, these Plaintiff(s) were advised (<u>see</u>

Docket No. 24) that the Court would hold a hearing on the Order to Show Cause on August 4,

2011. Nevertheless, the above-referenced Plaintiff(s) failed to appear at the August 4, 2011

hearing or otherwise respond to the Order to Show Cause.

- 2 -

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS ORDERED** that all claims and causes of action of Plaintiff(s) Rocio Dees in this action are **DISMISSED WITH PREJUDICE**.

    **LET JUDGMENT BE ENTERED ACCORDINGLY**.


DATED: September 1, 2011                    s/ Richard H. Kyle_____
                                            RICHARD H. KYLE
                                            United States District Judge